**SO ORDERED.**

**SIGNED this 27 day of March, 2008.**

_____
**Randy D. Doub**
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

| | |
|---|---|
| IN RE: | CASE NO. |
| **DERRICK L. LOFTON** | 06-04032-8-RDD |
| **TERESA C. LOFTON** | |
| DEBTORS | |

| | |
|---|---|
| **DERRICK L. LOFTON** | |
| Plaintiff | ADVERSARY PROCEEDING NO. |
| v. | 07-00054-8-RDD-AP |
| **CAROLINA FINANCE, LLC** | |
| Defendant | |

**JUDGMENT**

A hearing to consider the motion for summary judgment filed by the defendant, Carolina Finance, LLC, was held on February 5, 2008. The court granted partial summary judgment for the reasons stated in the Order Denying Motion for Summary Judgment in Part and Allowing Motion for Summary Judgment in Part entered on February 21, 2008.

The trial of this adversary proceeding brought by Derrick L. Lofton for relief for willful violation of the automatic stay against Carolina Finance, LLC, pursuant to 11 U.S.C. § 362(k) was held on March 18, 200 in Greenville, North Carolina.  The court set forth its findings of fact and conclusions of law in a Memorandum Opinion filed on this date.  Based upon the reasons in the Order Denying Motion for Summary Judgment in Part and Allowing Motion for Summary Judgment in Part and the findings of fact and conclusions of law contained in the Memorandum Opinion,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Carolina Finance, LLC shall pay $1,500.00 to Derrick L. Lofton and shall pay $7,380.79 to Adrian M. Lapas, counsel for Mr. Lofton and judgment is hereby entered against Carolina Finance, LLC in said amounts.

**SO ORDERED.**

**END OF DOCUMENT**